Dominick J. FAOUR et al., Appellants, v.
BANKMER REAL ESTATE CORPO-
RATION, Appellee.

No. 172.

Circuit Court of Appeals, Second Circuit.

Nov. 27, 1939.

John F. McD. Heffernan, of New York City, for appellants.

David Haar, of New York City (Robert H. Epstein, of New York City, of counsel), for appellee.

Before L. HAND, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed.

G. M. FOSTER, Individually, G. M. Foster, Assistant Secretary of Standard Oil Company of California, and Standard Oil Company of California, Appellants, v. UNITED STATES of America, Appellee.

No. 9287.

Circuit Court of Appeals, Ninth Circuit.

Dec. 11, 1939.

Felix T. Smith, of San Francisco, Cal., and Oscar Lawler, of Los Angeles, Cal. (Pillsbury, Madison & Sutro, of San Francisco, Cal., and Lawler, Felix & Hall, of Los Angeles, Cal., of counsel), for appellants.

Joseph E. Brill, M. S. Huberman, Henry McClernan, Robert H. Marquis, Laurence P. Sherfy, Charles S. Burdell, and A. Andrew Hauk, Sp. Assts. to Atty. Gen., for appellee.

Before WILBUR, DENMAN, and STEPHENS, Circuit Judges.

PER CURIAM.

It appearing that the appeal in above entitled cause has become moot, it is ordered that the appeal be dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court in this cause issued forthwith.

Orville Chester GARRISON, Petitioner, v. Honorable Albert L. REEVES, Judge, United States District Court, Western District of Missouri, Western Division, Kansas City, Missouri, and A. L. Arnold, Clerk Thereof.

No. 462.

Circuit Court of Appeals, Eighth Circuit.

Nov. 22, 1939.

PER CURIAM.

Motion of petitioner for leave to file and docket petition for writ of mandamus denied.

Seldon R. GLENN, Collector of Internal Revenue for the Collection District of Kentucky, Petitioner, v. George O. BOOMER, Respondent.

No. 8031.

Circuit Court of Appeals, Sixth Circuit.

Dec. 12, 1939.

Eli H. Brown, III, of Louisville, Ky., and Samuel O. Clark, Jr., Sewall Key, and Berryman Green, all of Washington, D. C., for appellant.

E. J. Wells, of Louisville, Ky., for appellee.

Before SIMONS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This cause being called for argument, came the petitioner by counsel and on his motion it is now ordered that this appeal, 21 F.Supp. 766, be and the same is dismissed, on the ground that under the Public Salary Tax Act of 1939, 53 Stat. 574, this case has become moot.